IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY JENE SIMPSON, JR.,

    Plaintiff,                    No. CIV S-07-2108 FCD EFB P

    vs.

COUNTY OF STANISLAUS, et al.,

    Defendants.             ORDER

_____/

    Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983.

    Plaintiff alleges a violation of his civil rights in Stanislaus County, California. Stanislaus County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(b).

    Accordingly, it is hereby orderd that:

    1. This action is transferred to the Fresno Division.

    2. The Clerk of Court shall assign a new case number.

/////

/////

1  3. All future filings shall bear the new case number and shall be filed at:

2  United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721
4

5  DATED: April 25, 2008.

6  _____
   EDMUND F. BRENNAN
7  UNITED STATES MAGISTRATE JUDGE